NOTE CHANGES MADE BY THE COURT

FILED
CLERK, U.S. DISTRICT COURT

9/19/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT G. LINDSEY and CHARLES G. RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>THE COUNTY OF LOS ANGELES; PAUL TANAKA; KEVIN STENNIS; and DOES 1-10, INCLUSIVE,<br><br>Defendants. | CASE NO.: 2:17-cv-03886-FMO (RAOx)<br><br>Hon. Fernando M. Olguin<br>Courtroom "6D"<br><br>**ORDER**<br><br><br>Complaint Filed: June 26, 2017 |

1  Before the Court is a Joint Stipulation and Status Report Regarding Progress of
2 Settlement, reporting that the parties' settlement is expected to be submitted to the
3 Claims Board on November 4, 2019.  Having read and considered the parties'
4 stipulation, and good cause appearing therefor, it is ordered as follows:
5  1. The September 19, 2019 status conference is continued to
6 November 14, 2019 at 10:00 a.m.
7  **IT IS SO ORDERED**.

9 Dated:  September 19, 2019            By:  _____/s/_____
                                              FERNANDO M. OLGUIN
10                                             UNITED STATES DISTRICT JUDGE

12 Counsel re reminded to comply with the Judge's Procedures in the future when
13 requesting continuances; i.e., the request must be filed no later than five court days
14 prior to the hearing.