UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT G. LINDSEY and CHARLES G. RODRIGUEZ,<br><br>         Plaintiff,<br><br>v.<br><br>THE COUNTY OF LOS ANGELES; PAUL TANAKA; KEVIN STENNIS; and DOES 1 – 10, INCLUSIVE,<br><br>         Defendants. | CASE NO.: 2:17-CV-03886-FMO (RAOX)<br><br>Hon. Fernando M. Olguin<br>Courtroom "6D"<br><br>**ORDER ON STIPULATION [75] RE DISMISSAL PURSUANT TO FRCP RULE 41(a)(1)(ii)**<br><br>Complaint Filed:   June 26, 2017 |

GOOD CAUSE APPEARING, the parties' stipulation to the dismissal of the entire action, with prejudice, pursuant to FRCP Rule 41(a)(1)(ii) is hereby GRANTED. This case is hereby dismissed with prejudice and the status conference set for June 25, 2020 at 10:00 a.m. is hereby vacated.

IT IS SO ORDERED.

Date: June 10, 2020                    _____/s/_____
                                       Hon. Fernando M. Olguin
                                       UNITED STATES DISTRICT JUDGE